No. 1240. PEOPLE, APPELLEE, *v.* COMAS, APPELLANT.—Violation of section 300 of the Penal Code. Humacao. March 18, 1918. *Affirmed.*

No. 1241. PEOPLE, APPELLEE, *v.* MARTÍNEZ ET AL., APPELLANTS.—Gambling. Humacao. March 18, 1918. *Affirmed.*

No. 1816. SETTI & PIATOLLI ET AL., APPELLEES, *v.* PÉREZ, APPELLANT.—Ejectment. San Juan, Section 1. March 19, 1918. *Dismissed.*

No. 1711. F. CARRERA & BROTHER, APPELLEES, *v.* THE NEW YORK & PORTO RICO STEAMSHIP COMPANY, APPELLANT.—Injunction and damages. Mayagüez. March 21, 1918. *Modified and affirmed.*

No. 1244. PEOPLE, APPELLEE, *v.* CRUZ ET AL., APPELLANTS.—Assault and battery. Humacao. March 21, 1918. *Affirmed.*

No. 1245. PEOPLE, APPELLEE, *v.* LAVERGNE, APPELLANT.—Violation of the Weights and Measures Act. Humacao. March 21, 1918. *Affirmed.*

No. 1242. PEOPLE, APPELLEE, *v.* BENÍTEZ, APPELLANT.—Carrying arms. Humacao. March 30, 1918. *Affirmed.*

No. 1243. PEOPLE, APPELLEE, *v.* VALDEJULLI, APPELLANT.—Adulteration of milk. Humacao. March 30, 1918. *Affirmed.*